## C. W. FOX, Respondent, *v.* BARSTOW & GOODMAN, Appellants.

Appeal from the District Court of the First Judicial District, State of Nevada, Storey County, Hon. Richard Rising presiding.

Opinion by Beatty, J., Justice Brosnan concurring.

The only question in this case is, can the Courts of this State enter up a judgment against a defendant, requiring him to satisfy the same by the payment of gold coin.

We have fully settled this question in the case of *Milliken Brothers* v. *Charles O. Sloat.* Upon the authority of that case the Court below is directed to modify the judgment in this case, by striking out all that part of it which relates to the payment of gold coin.

The appellants must have their judgment for costs in this Court, and it is so ordered.